### 3175. WEATHERLY LUMBER CO. *v.* ROBSON & EVANS.

RUSSELL, J. An order overruling a demurrer to the defendants' pleas is no such final, or conditionally final, judgment as will support a writ of error. *Case Threshing Machine Co.* v. *Hodges,* ante, 722 (72 S. E. 189); *American Agricultural Chemical Co.* v. *Shy,* ante, 519 (71 S. E. 876), and citations. *Writ of error dismissed.*

DECIDED OCTOBER 23, 1911.

*Allen & Pottle,* for plaintiff in error.
*Hines & Vinson,* contra.